**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BEATRICE M. WHITE,**

    Plaintiff,

                              **CASE NO.    3:10-CV-454**

**-vs-**

                              **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court finds that the ALJ's non-disability finding is supported by substantial evidence and is **AFFIRMED;** this case is **CLOSED.**

Date:  November 2, 2011                              **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                    Deputy Clerk